Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795

Attorney for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | Case No. 2:09-cv-03394-FCD-EFB |
|---|---|
| Plaintiff, | NOTICE OF BANKRUPTCY OF DEFENDANT JUSTIN ULRICH FATZER; AND **ORDER** |
| vs. | |
| AMARJIT SINGH BRAR, et al., | |
| Defendants. | |

**TO THE CLERK OF THE COURT**:

Please take notice that Plaintiff is informed and believes that Justin Ulrich Fatzer filed a Voluntary Petition seeking protection from creditors in bankruptcy pursuant to the United States Bankruptcy Code, in Case No. 10-28991-A-7, of the U.S. Bankruptcy Court, Eastern District of California, Sacramento Division.

Please find a true and correct copy of the April 9, 2010, Notice of Bankruptcy Case Filing from the Clerk of the U.S. Bankruptcy Court of the Eastern District of California attached hereto and made part hereof as Plaintiff's Exhibit 1.

**WHEREFORE**, Plaintiff J & J Sports Productions, Inc. requests that this Honorable Court issue an Order staying the pending action subject to the disposition of the Plaintiff's claims to be asserted against this particular defendant in the subject bankruptcy.

Respectfully submitted,

Dated: April 16, 2010      */s/ Thomas P. Riley*
  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
  By: Thomas P. Riley
  Attorney for Plaintiff
  J & J Sports Productions, Inc.

## ORDER

The above-entitled action is hereby stayed as to Defendant Justin Ulrich Fatzer *only*, pending disposition of Plaintiff's claims against Defendant in bankruptcy.

**IT IS SO ORDERED:**

Dated:  April 20, 2010
  FRANK C. DAMRELL, JR.
  UNITED STATES DISTRICT JUDGE