IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

  vs.

AMARJIT SINGH BRAR, et al.,

        Defendants.

                              No. CIV S-09-3394 FCD EFB

ORDER

In light of the April 20, 2010 order staying this case as to defendant Justin Ulrich Fatzer, Dckt. No. 20, plaintiff's motion for default judgment against Fatzer, Dckt. No. 13, is denied without prejudice.

SO ORDERED.

DATED: April 28, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE