1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030-3227**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**

7

8                      **UNITED STATES DISTRICT COURT**
                       **EASTERN DISTRICT OF CALIFORNIA**
9

10  **J & J Sports Productions, Inc.,**          **CASE NO. CIV. S-09-3394 FCD EFB**

11
                         **Plaintiff,**          **STIPULATION AND ORDER OF**
12                                               **DISMISSAL OF PLAINTIFF'S**
                                                 **COMPLAINT AGAINST**
13            **vs.**                            **DEFENDANTS AMARJIT SINGH**
                                                 **BRAR, individually and d/b/a AURA;**
14                                               **and LAJ, LLC, an unknown business**
     **Amarjit Singh Brar, et al.,**             **entity d/b/a AURA**
15
                                                 
16                       **Defendants.**

17

18       **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS

19  PRODUCTIONS, INC. and Defendants AMARJIT SINGH BRAR, individually and

20  d/b/a AURA; and LAJ, LLC, an unknown business entity d/b/a AURA that the above-

21  entitled action is hereby dismissed **without prejudice** against AMARJIT SINGH

22  BRAR, individually and d/b/a AURA; and LAJ, LLC, an unknown business entity

23  d/b/a AURA to the Court's jurisdiction to enforce the settlement agreement reached

24  between the Parties.

25  ///

26  ///

27  ///

28

    STIPULATION and ORDER OF DISMISSAL
    «CaseNo»
    PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by August 15, 2011, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 22, 2010

*s/ Thomas P. Riley*

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: December 16, 2010

*s/ Steven Benjamin*

**BENJAMIN LAW OFFICES**
By:  Steven Benjamin
Attorneys for Defendants
AMARJIT SINGH BRAR,
individually and d/b/a AURA; and LAJ, LLC,
an unknown business entity d/b/a AURA

**IT IS SO ORDERED**:

Dated:  December 17, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER OF DISMISSAL
«CaseNo»
PAGE 2