IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,                No. 2:09-cv-3394-GEB-EFB

    vs.

AMARJIT SINGH BRAR, et al.,

        Defendants.         <u>ORDER</u>

      On August 22, 2012, the undersigned held a hearing on plaintiff's motion for default judgment against defendant Laj, LLC.[1] Dckt. Nos. 41, 42.  However, neither plaintiff nor defendants appeared at the hearing, nor did plaintiff's counsel request to continue the hearing or otherwise notify the court that he would not be appearing.  Therefore, on August 23, 2012, the undersigned ordered plaintiff's counsel to show cause why sanctions should not be imposed for his failure to appear.  Dckt. No. 46.

      On September 5, 2012, plaintiff's counsel filed a response to the order to show cause. Dckt. No. 47.  Therein, plaintiff's counsel takes full responsibility for the failure, apologizes to the court, and indicates that the failure to appear was due to a calendaring error.  *Id.*  Plaintiff's

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1) for hearing on the motion for default judgment.

1 counsel also assures the court that counsel has implemented several corrective measures to
2 ensure that similar calendaring errors do not occur in the future.  *Id.*  In light of those
3 representations, the August 23, 2012 order to show cause is discharged.  No sanctions will be
4 imposed.
5      SO ORDERED.
6 DATED: September 6, 2012.
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE