1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  J & J SPORTS PRODUCTIONS, INC.,

11              Plaintiff,                    No. 2:09-cv-3394-GEB-EFB

12      vs.

13  AMARJIT SINGH BRAR, et al.,

14              Defendants.             <u>ORDER</u>
    _____/

15

16      On August 22, 2012, the undersigned held a hearing on plaintiff's motion for default

17  judgment against defendant Laj, LLC.[1]  Dckt. Nos. 41, 42.  However, neither plaintiff nor

18  defendants appeared at the hearing, nor did plaintiff's counsel request to continue the hearing or

19  otherwise notify the court that he would not be appearing.  Therefore, on August 23, 2012, the

20  undersigned ordered plaintiff's counsel to show cause why sanctions should not be imposed for

21  his failure to appear.  Dckt. No. 46.

22      On September 5, 2012, plaintiff's counsel filed a response to the order to show cause.

23  Dckt. No. 47.  Therein, plaintiff's counsel takes full responsibility for the failure, apologizes to

24  the court, and indicates that the failure to appear was due to a calendaring error.  *Id.*  Plaintiff's

25  _____

26      [1] This case was referred to the undersigned pursuant to Eastern District of California
    Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1) for hearing on the motion for default judgment.

1

counsel also assures the court that counsel has implemented several corrective measures to ensure that similar calendaring errors do not occur in the future.  *Id.*  In light of those representations, the August 23, 2012 order to show cause is discharged.  No sanctions will be imposed.

     SO ORDERED.

DATED:  September 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2